UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| JENNIFER M. TEMPLETON, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> vs. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> COMMISSIONER OF SOCIAL SECURITY, ) <br> ) <br> Defendant(s). ) | Case No. 2:09CV0011 JCH |

## ORDER

This matter is before the Court upon Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act, filed November 16, 2009. (Doc. No. 21). In her motion, Plaintiff requests an award of attorney fees in the amount of $2,502.48, pursuant to 28 U.S.C. § 2412(d). Defendant stated that he has no objection to an award of attorney's fees and expenses. (Doc. No. 22). Upon consideration, the Court finds Plaintiff's fee request to be reasonable.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (Doc. No. 21) is **GRANTED**.

**IT IS FURTHER ORDERED** that attorney's fees in the amount of $2,502.48 shall be paid by the Social Security Administration directly to Plaintiff's counsel, the Karen Kraus Bill.

Dated this 23rd day of November, 2009.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE